FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 5 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:06CR 00130-01 GTE |
| ) | |
| v. . ) | |
| ) | |
| MARQUIS D. HUNT ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 24, 2005, in the Eastern District of Arkansas, the defendant

MARQUIS D. HUNT,

having been convicted of a crime punishable by a term of imprisonment exceeding one year in Pulaski County, Arkansas in July, 2002 and in August, 2003, knowingly possessed a firearm, that is, a chrome semi-automatic .380 caliber Lorcin, SN 124886, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

(END OF TEXT. SIGNATURE PAGE ATTACHED).