UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 4:06CR00130-01GTE |
| | ) | |
| MARQUIS DESHAWN HUNT | ) | DEFENDANT |

## MOTION TO MODIFY BOND CONDITIONS AND TO REMOVE HOME INCARCERATION

Comes the Defendant, Marquis Deshawn Hunt, through his court appointed counsel, Jerome T. Kearney, First Assistant Federal Public Defender, Federal Public Defender Office, and requests the Court to modify the Defendant's bond conditions to remove home incarceration as a condition of bond. The reasons are stated as follows:

1. Marquis Hunt appeared for arraignment on April 18, 2006, and the Court released him on bond conditions to include home incarceration on April 20, 2006. After testimony, he was released to reside with his mother Lecia Renee Hunt;

2. To date, Mr. Hunt has complied with conditions, including home incarceration requirements since his release. His Jury Trial date is scheduled for October 16, 2006 at 9:15 a.m.;

3. At the time that the Court imposed the condition, the parties' agreed to review the electronic monitoring condition after some time to consider a request for its removal; and

4. Mr. Hunt is requesting that home incarceration be removed so that he will be able to work.

WHEREFORE, counsel for Mr. Hunt respectfully requests the Court to modify his conditions of release by removing the home incarceration requirement.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By:   /s/ Jerome T. Kearney
Jerome T. Kearney; Bar No. 82088
First Assistant Federal Defender
Federal Public Defender Office
The Victory Building
1401 W. Capitol Avenue, Suite 490
Little Rock, Arkansas 72201
(501) 324-6113
Jerome_Kearney@fd.org

Attorney for Marquis Deshawn Hunt

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2006, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which shall send notification of such filing to:

Angela Jegley, AUSA

I hereby certify that I mailed the defendant by United State Postal Service to the following non CM/ECF participants:

Marquis Deshawn Hunt

Rich McCauley (via fax)

/s/ Jerome T. Kearney
Jerome T. Kearney