UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  NO.  4:06CR00130 GTE

MARQUIS HUNT

## DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant.

TIM GRIFFIN
United States Attorney

/s/ Angela S. Jegley
ANGELA S. JEGLEY
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600

Leave of Court is granted this _____ day of April, 2007, for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE